UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| DARLENE EVANS, | ) | CASE NO. 10-14043 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| RJM Acquisitions LLC | 575 Underhill Blvd. Suite 224 Syosset, NY 11791 | $1.61 |
| | Total | $1.61 |

**WHEREFORE**, Trustee is depositing the total sum of $1.61 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: October 19, 2011**

                                                **Respectfully submitted,**

                                                **CHAPTER 7 TRUSTEE**
                                                **444 EAST MAIN STREET**
                                                **FORT WAYNE, INDIANA 46802**
                                                **TELEPHONE: (260) 426-0444**
                                                **FAX: (260) 422-0274**
                                                **EMAIL: mseifert@hallercolvin.com**

                                                **BY: /s/ Martin E. Seifert**
                                                    **MARTIN E. SEIFERT**
                                                    **I.D. #16857-02**

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 19th day of October, 2011, to:

      Holly M. Ripke, Esq.
      4705 Illinois Road, Suite 110
      Fort Wayne, IN 46804

      United States Trustee
      555 One Michiana Square
      100 East Wayne Street
      South Bend, Indiana 46601

      RJM Acquisitions LLC
      575 Underhill Blvd.
      Suite 224
      Syosset, NY 11791

      /s/ Martin E. Seifert
      **MARTIN E. SEIFERT**